# United States Court of Appeals
## For the First Circuit

No. 23-1870

SUSAN O'HORO, MD,

Plaintiff - Appellant,

v.

BOSTON MEDICAL CENTER CORPORATION; BOSTON UNIVERSITY MEDICAL CENTER RADIOLOGISTS, INC.; JORGE SOTO, MD,

Defendants - Appellees.

**TAXATION OF COSTS**

Entered: March 31, 2025
Pursuant to 1st Cir. R. 27.0(d)

Costs in favor of Appellees Boston Medical Center Corporation, Boston University Medical Center Radiologists, Inc., and Jorge Soto, MD are taxed as follows:

| | |
|---|---|
| Reproduction of brief for Appellants | ...............$ 91.30 |
| Reproduction of appendix | ...............$ 0.00 |
| Reproduction of Appellant's reply brief | ..............$ 57.20 |

Pursuant to Fed. R. App. P. 39(d)(3), the district court is directed to add this taxation of costs to the mandate issued on March 17, 2025.

TOTAL ........$ 148.50

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Hon. George A. O'Toole
Robert Farrell, Clerk, United States District Court for the District of Massachusetts
David C. Kurtz
Jonathan D. Persky
Sabrina M. Ly
Edward Francis Foye
Lisa Arrowood
Sarah E. A. Sousa